HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
HEWER SANTOS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:24-CR-00285-DC |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE SENTENCING HEARING |
| v. | ) |
| | ) |
| HEWER SANTOS, | ) Date: September 5, 2025 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Hon. Dena M. Coggins |
| | ) |

        IT IS HEREBY STIPULATED by and between Kimberly A. Sanchez, Acting United
States Attorney, through Haddy Abouzeid, Assistant United States Attorney, attorney for
Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J.
Beevers, attorneys for Hewer Santos, that the  sentencing hearing scheduled for August 22, 2025,
at 9:30 a.m., be vacated and the matter continued to September 5, 2025, at 9:30 a.m.

        The 9th Cir. Court of Appeals scheduled Oral Argument in United States v. Diop (24-
3774) and requires defense counsel's appearance on August 22nd in San Francisco.  Defense
Counsel further requests the additional time to collect mitigation evidence.

        It is therefore requested that the matter be continued to September 5, 2025 for sentencing,
and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Informal Objections to Presentence Report Due: | August 8, 2025 |
| Presentence Report Due: | August 15, 2025 |
| Formal Objections to Presentence Report Due: | August 22, 2025 |

1             Reply or Statement of Non-Opposition Due:       August 29, 2025

2             Judgment and Sentencing:               September 5, 2025

3

4                         Respectfully submitted,

5 Dated: July 24, 2025

6                         HEATHER E. WILLIAMS
                        Federal Defender

7                         */s/ Douglas Beevers*

8                         DOUGLAS BEEVERS
                        Assistant Federal Defender
                        Attorney for Defendant

9                         HEWER SANTOS

10 Dated: July 24, 2025

11                         KIMBERLY A. SANCHEZ
                        Acting United States Attorney

12                         */s/ Haddy Abouzeid*

13                         HADDY ABOUZEID
                        Assistant U.S. Attorney

14                         Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

3        In light of the time needed to complete the presentence investigation interview and

4  related briefing, the parties' stipulated request to continue is GRANTED.  Accordingly, the

5  Sentencing Hearing scheduled for August 22, 2025, is VACATED and RESET for September 5,

6  2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. It is FURTHER

7  ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as

8  follows: the parties' informal objections shall be delivered to the Probation Officer no later than

9  August 8, 2025; the final Report shall be submitted no later than August 15, 2025; Formal

10 Objections or any Motion for Correction shall be submitted no later than August 22, 2025; and

   Reply, or Statement of Non-Opposition shall be submitted no later than August 29, 2025.

11

12       IT IS SO ORDERED.

13 Dated:   **July 31, 2025**

_____

14                                             Dena Coggins
                                             United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28